■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESLIE DIREL GREEN, Appellant.— Appeal by defendant: (1) from a judgment of the County Court, Orange County, rendered March 20, 1959, after a jury trial, convicting him of burglary in the second degree, burglary in the third degree, and petit larceny; and (2) from the sentences imposed. Judgment affirmed. No opinion. Appeal from sentences dismissed. No separate appeal lies from the sentences which have been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS KINARD, Appellant.— Appeal by defendant from an order of the County Court, Kings County, entered April 21, 1959, which denied, without a hearing, his *coram nobis* application to vacate a judgment of said court, rendered September 26, 1950, convicting him of manslaughter in the first degree; the application being made on the ground that the Trial Judge improperly excluded the public from the courtroom during the trial. Order affirmed. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD S. LEVY, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered January 21, 1960, convicting him of burglary in the third degree (Penal Law, § 404) and imposing sentence. Judgment affirmed. No opinion. Nolan, P. J., Beldock, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE MATTHEWS, Appellant.— Appeal by defendant: (1) from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, entered March 10, 1960, after trial, convicting him of operating a motor vehicle while intoxicated, and sentencing him to serve 60 days (execution of which was suspended), and to pay a fine of $100; and (2) from an order of said court, entered on the same date, denying his motion in arrest of judgment. The fine was paid. Judgment reversed on the law and the facts, information dismissed, and fine remitted. Except for defendant's alleged admission, made while intoxicated, that he had been driving the motor vehicle, there is no proof in the record that he was the one who, while intoxicated, operated the vehicle. In the absence of additional proof the conviction may not stand (Code Crim. Pro., § 395; *People* v. *Hemleb,* 4 A D 2d 878). Appeal from order in arrest of judgment dismissed. No such order is contained in the record. In any event, no separate appeal lies from such an order. Nolan, P. J., Beldock, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN FRANCIS McTIERNAN, Appellant.— Appeal by defendant: (1) from a judgment of the County Court, Suffolk County, rendered June 30, 1959, convicting him of robbery in the second degree and grand larceny in the first degree, and imposing sentence; and (2) from every intermediate order made in the action. Judgment affirmed. No opinion. Appeal from intermediate orders dismissed. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.